

# Fourth Court of Appeals
## San Antonio, Texas

May 17, 2022

No. 04-22-00259-CR

**EX PARTE** Juan Gabriel **COLORADO CARRILLO**,

From the County Court, Kinney County, Texas
Trial Court No. 10367CR
Honorable Roland Andrade, Judge Presiding

# O R D E R

    The trial court clerk has filed a clerk's record in this appeal. However, the record filed does not comply with Texas Rule of Appellate Procedure 34.5(a), which lists the documents to be included in the clerk's record. *See* TEX. R. APP. P. 34.5. A clerk's record in criminal cases must include, among other things, (1) the court's signed judgment or signed order, (2) the certification of the defendant's right to appeal under 25.2, (3) the docket sheet, (4) along with any request for a reporter's record or for the preparation of the clerk's record. *See id.*

    Accordingly, we **order** Kinney County Clerk Rick Alvarado to prepare a supplemental clerk's record that includes a copy of the foregoing items and file it on or before May 27, 2022. *See* TEX. R. APP. P. 34.5(c).

    We **order** the clerk of this court to serve a copy of this order on the trial court, the county clerk, and all counsel.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of May, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court